| | |
|---|---|
| DISTRICT COURT BOULDER COUNTY, STATE OF COLORADO<br>1777 Sixth St.<br>Boulder, Colorado 80302<br>(303) 441-3750 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Aug 23 2010 2:05PM MDT<br>Filing ID: 32812939<br>Review Clerk: N/A |
| Plaintiffs: PROBUILD HOLDINGS, INC. et al.,<br><br>v.<br><br>Defendants: GRANITE STATE INSURANCE COMPANY et al. | ▲COURT USE ONLY▲ |
| | Case No.: 2010 CV 378<br><br>Div.: 5   Ctrm.: |
| **PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** | |

THIS MATTER came before the Court on the unopposed motion of Plaintiffs ProBuild Holdings, Inc. and ProBuild Company LLC f/k/a ProBuild East LLC ("Plaintiffs") for leave to file its First Amended Complaint And Jury Demand substituting Travelers Property Casualty Company of America and St. Paul Surplus Lines Insurance Company for, respectively, Defendants Travelers Property Casualty Insurance Company and St. Paul Fire & Marine Insurance Company ("Motion"). The Court, having reviewed said motion and the court file, and being otherwise fully advised in the premises, hereby GRANTS the unopposed motion, and ORDERS as follows:

Defendants Travelers Property Casualty Insurance Company and St. Paul Fire & Marine Insurance Company are hereby dismissed without prejudice from this action and Plaintiffs' First Amended Complaint And Jury Demand in the form attached as Exhibit 1 to the Motion, is deemed filed as of the date of this Order.

DATED this 23rd day of August, 2010.

BY THE COURT:

_____
District Court Judge

**EXHIBIT K**