| | |
|---|---|
| District Court, Boulder County, State of Colorado<br>1777 Sixth Street, Boulder, Colorado 80306 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Oct 26 2010 9:24AM MDT<br>Filing ID: 34012811<br>Review Clerk: N/A |
| **Plaintiffs:** PROBUILD HOLDINGS, INC., et al.,<br><br>v.<br><br>**Defendants:** GRANITE STATE INSURANCE COMPANY, et al. | ▲ **COURT USE ONLY** ▲ |
| | **Case Number:** 2010 CV 378<br>Division 5<br>Courtroom L |

### ORDER RE MOTION FOR RECONSIDERATION

The Plaintiffs have filed a motion for reconsideration. The Defendants have responded; the Plaintiffs have replied; and some Defendants have filed surreplies with the Court's approval.

On October 4, 2010, the Plaintiffs filed what they call a Precautionary Notice of Appeal. Defendants have suggested that the Court may not have jurisdiction. The Court chooses not to address the jurisdiction issue because, after reading and considering the extensive pleadings on the reconsideration issue, the Court has decided not to change its order. The motion to reconsider is DENIED.

Dated: October 25, 2010

By the Court

_____
R. Bailin, District Judge

